JS-6/ENTER

**FILED**

OCT 2 0 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

GERARDO LOPEZ,

      Petitioner,

      v.

KEN CLARK, Warden,

      Respondent.

)
)
)
)
)
)
)
)
)

Case No.   SACV 09-00739-JVS (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 20, 2009

_____
James V. Selna
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY